4

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
APR 23 2001
Michael N. Milby, Clerk of Court
By Deputy Clerk

RAFAEL GONZALEZ-NOYOLA,          )
                                 )
v.                               )      C.A. No. B-01-058
                                 )
E.M. TROMINSKI, INS DISTRICT     )
    DIRECTOR, and                )
JOHN ASHCROFT, UNITED STATES     )
    ATTORNEY GENERAL.            )
_____)

ORDER TO SHOW CAUSE

Came to be heard Petitioner's Petition for Writ of Habeas Corpus, and Application For a Temporary Restraining Order. Upon consideration thereof, the Court enters the following Order:

IT IS HEREBY ORDERED that Respondents E.M. Trominski and John Ashcroft shall show cause, if cause there be, why Petitioner should not be released forthwith from detention, in accordance with the Order of Immigration Judge David Ayala, and to that end, Respondents shall bring Petitioner before this Court for a show cause hearing, to be conducted at 2:00 p.m., on the 8th day of May, 2001, in the courtroom on the 2nd floor of the United States Courthouse, 600 E. Harrison, Brownsville, Texas.

DONE at Brownsville, Texas
on April 19th, 2001.

[signature]