//

```
COURTROOM MINUTES: Felix Recio Judge Presiding
                   Southern District of Texas, Brownsville Division

Courtroom Clerk    :    M Garcia
ERO                :    G Mendieta
CSO                :    T Yanez
Law Clerk          :    J Dart
Date               :    May 8, 2001 at 2:00 pm
-----------------------------------------------------------------
CASE CR.   B-01-58(civil)

Rafael Gonzalez-Noyola              *         L Brodyaga
vs                                  *
INS                                           L Putnam
-----------------------------------------------------------------
```

United States District Court
Southern District of Texas
FILED

MAY - 3 2001

Michael N. Milby, Clerk of Court

## SHOW CAUSE HEARING

(Petitioner's Petition for Writ of Habeas Corpus and Application for Temporary Restraining Order)

Attorney Lisa Brodyaga present for the plaintiff;
Attorney Lisa Putnam present for the defendant;

Petitioner's atty L Brodyaga addresses the Court as to litigation in these type of cases;
Petitioner's atty addresses the issue of why the petitioner should not be released from detention and states that the petitioner is being held in contravention of the order from the Immigration Judge;

The Court addresses the Petitioner's attorney;
The Court concludes that a factual determination was made by the Immigration Judge as to the petitioner's character (such as danger to the community...)

Petitioner's atty states the Immigration Judge ordered his release on January 23, 2001;

Respondent's atty L Putnam addresses the Court;
Atty states the petitioner has two criminal possession convictions and states the service feels they have taken a valid position;

Petitioner's atty raises the issue of constitutional factors in this case;
Overall the Petitioner's atty is asking the District Court to enjoin the service in complying with the release order while an appeal is pending;

The Court states a decision will be reached by May 22;
Court adjourned.