13

United States District Court
Southern District of Texas
RECEIVED

JUN - 7 2001

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RAFAEL GONZALEZ-NOYOLA | § | CASE NO. CA B-01-58 |
| | § | |
| VERSUS | § | BROWNSVILLE, TEXAS |
| | § | MAY 8, 2001 |
| E.M. TROMINSKI, ET AL | § | 2:02 P.M. TO 2:43 P.M. |
| | § | |

## SHOW CAUSE HEARING

BEFORE THE HON. FELIX RECIO, UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For the Plaintiff:           SEE NEXT PAGE

For the Defendant(s):        SEE NEXT PAGE

Court Recorder:              Gabriel Mendieta

PREPARED BY:

JUDICIAL TRANSCRIBERS OF TEXAS, INC.
7135 West Tidwell
Building M, Suite 112A
Houston, Texas 77092
713.462.6434 (office)
713.462.3042 (fax)

Proceedings recorded by electronic sound recording:
transcript produced by transcription service.