

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 2 9 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| RAFAEL GONZALEZ-NOYOLA ) | |
| ) | |
| v. ) | C.A. No. B-01-058 |
| ) | |
| E.M. TROMINSKI, and ) | |
| JOHN ASHCROFT. ) | |

**PETITIONER'S NOTICE TO THE COURT OF PERSUASIVE DECISION**

Comes Petitioner, through the undersigned, and respectfully files the instant Notice to the Court of a Persuasive Decision, issued this date by the Supreme Court. Specifically, the Court overruled *Zadvydas v. Underdown,* 185 F.3d 279 (5" Cir. 1999), in which the Fifth Circuit had upheld INS' power to detain indefinitely immigrants who are subject to final orders of deportation which, for whatever reason, cannot be executed. *See, Zadvydas v. Underdown,* 99-7791 (S.Ct. June 28, 2001). This ruling should be virtually conclusive insofar as **preliminary relief** is involved.

Respectfully Submitted,



Lisa S. Brodyaga,      and   Thelma O. Garcia,
17891 Landrum Park Road      301 E. Madison
San Benito, TX 78586         Harlingen, Texas 78550
(956) 421-3226               (956) 425-3701
Texas Bar: 03052800
Fed. I.D. 1178

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was personally delivered to the office of Lisa Putnam, SAUSA, 1709 Zoy St., Harlingen, Texas, this 28" day of June, 2001.