19

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 0 2 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| RAFAEL GONZALEZ-NOYOLA,    ) | |
|     Petitioner,    ) | |
| ) | |
| v.    ) | Civil Action No. B-01-058 |
| ) | |
| E.M. TROMINSKI, INS    ) | |
| DISTRICT DIRECTOR, et al.    ) | |
|     Respondents.    ) | |
| _____) | |

### RESPONDENTS' REPLY TO PETITIONER'S
### NOTICE TO THE COURT OF PERSUASIVE DECISION

COME NOW, Respondents, by and through Gregory A. Serres, United States Attorney for the Southern District of Texas, and respectfully replies to the Petitioner's Notice to the Court of Persuasive Decision. In that notice, Petitioner states that the Supreme Court's ruling in <u>Zadvydas v. Underwood</u>, 2001 WL 720662 (June 28, 2001) "should be virtually conclusive insofar as preliminary relief is involved." The Government would take issue with that statement.

<u>Zadvydas</u> involved a case in which the alien had an administratively final deportation order and the alien was being held for an indefinite period of time, maybe even permanently,

because the Government had been unsuccessful in finding a country that would accept the alien. This case is very different. Petitioner does not have an administratively final removal order nor is he being detained indefinitely because, once there is a ruling by the Board of Immigration Appeals on the appeal of the merits of his case, he will be either released or removed from the United States.1

                    Respectfully submitted,

                    FRANK W. HUNGER
                    Assistant Attorney General
                    Civil Division

                    GREGORY A. SERRES
                    United States Attorney
                    Southern District of Texas

                    _____
                    LISA M. PUTNAM
                    Special Assistant U.S. Attorney/Attorney in Charge
                    Georgia Bar No. 590315/Federal Bar No. 23937
                    P.O. Box 1711
                    Harlingen, Texas 78551

Date: July 2, 2001      Tel: (956) 389-7051/Fax: (956) 389-7057

---

1 Lori Scialabba, Acting Director of the Board of Immigration Appeals, stated at a luncheon last week that the Board was making every effort to decide detained cases within 180 days, a time period clearly reasonable even for an alien like Zadvydas.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on counsel at the following address, by depositing a copy of it in the United States mail, first class postage prepaid, to:

```
Lisa S. Brodyaga, Esquire
Refugio Del Rio Grande
17891 Landrum Park Rd.
San Benito, TX  78586
```

on this the 2nd day of July, 2001.

_____
Lisa M. Putnam
Special Assistant U.S. Attorney