20

United States District Court
Southern District of Texas
FILED

AUG - 6 2000

Michael N. Milby
Clerk of Court


UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

RAFAEL GONZALEZ-NOYOLA           )
                                 )
v.                               )          C.A. No. B-01-058
                                 )
E.M. TROMINSKI, and              )
JOHN ASHCROFT.                   )
                                 )
_____  )

### PETITIONER'S MOTION TO DISMISS

Comes Petitioner, through the undersigned, and respectfully files
the instant motion to dismiss the instant action, on the grounds of
mootness.    Pursuant to his written request, the Board of
Immigration Appeals has construed his application for cancellation
of removal to be withdrawn, and ordered his removal. *See,* attached.
Said Order was executed upon receipt by INS, earlier this week.


Respectfully Submitted,

Lisa S. Brodyaga,              and    Thelma O. Garcia,
17891 Landrum Park Road               301 E. Madison
San Benito, TX 78586                  Harlingen, Texas 78550
(956) 421-3226                        (956) 425-3701
Texas Bar: 03052800
Fed. I.D. 1178

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, first-
class postage prepaid, to Lisa Putnam, SAUSA, P.O. Box 1711,
Harlingen, Texas 78551, this 3rd day of August, 2001.



# U.S. Department of Justice

Executive Office for Immigration Review

*Board of Immigration Appeals*
*Office of the Clerk*

---

*5201 Leesburg Pike, Suite 1300*
*Falls Church, Virginia 22041*

**Garcia, Thelma O.**
**301 E. Madison Avenue,**
**Harlingen, TX 78550**

**Office of the District Counsel/PI**
**P.O. Box 1711**
**Harlingen, TX 78551**

**Name: *S-GONZALEZ NOYOLA, RAFAEL J.**            A37-831-565

**Date of this notice: 07/27/2001**

Enclosed is a copy of the Board's decision and order in the above-referenced case.

Very Truly Yours,

*Lori Scialabba*

Lori Scialabba
Acting Chairman

RECEIVED
JUL 3 1 2001

Enclosure

Panel Members:
    FILPPU, LAURI S.
    JONES, PHILEMINA M.
    OSUNA, JUAN P.



**U.S. Department of Justice**                         Decision of the Board of Immigration Appeals
Executive Office for Immigration Review

Falls Church, Virginia 22041

=========================================================================

File:   A37 831 565- Harlingen                          Date:

In re:   RAFAEL JESUS GONZALEZ NOYOLA                    JUL 27 2001

IN REMOVAL PROCEEDINGS

APPEAL/MOTION

ON BEHALF OF RESPONDENT: Thelma O. Garcia, Esq.

ON BEHALF OF SERVICE:  Thomas M. Bernstein
                       Assistant District Counsel


ORDER:

   PER CURIAM.  The Immigration and Naturalization Service's appeal from the Immigration
Judge's decision dated January 24, 2001, granting the respondent's request for cancellation of
removal under section 240A(a) of the Immigration and Nationality Act, 8 U.S.C. § 1229b(a), is
dismissed as moot.  During the pendency of the appeal, in a communication received on July 2,
2001, the respondent advised the Board, through counsel, that he no longer wished to pursue his
application for relief from removal, and requested that he be removed from the United States on the
underlying charge of removal found by the Immigration Judge in this case (I.J. at 1-2).[1]   The
respondent's request will be granted.  The Immigration Judge's grant of cancellation of removal
under section 240A(a) in his January 24, 2001, decision will be vacated, and the respondent will be
ordered removed from the United States in accordance with the Immigration Judge's findings in that
regard (I.J. at 1-2).

   FURTHER ORDER: The Immigration Judge's grant of cancellation of removal to the respondent
under section 240A(a) of the Act, is vacated.

   FURTHER ORDER: The respondent shall be removed and deported to Mexico based on the
respondent's designation at the February 4, 2000, hearing.

                    _____
                              FOR THE BOARD

-------------------------------------------------

   [1]  The Immigration Judge  found that the respondent had been convicted of a law relating
to controlled substances and was subject to removal pursuant to section 237(a)(2)(B)(i) of the
Act, 8 U.S.C. § 1227(a)(2)(B)(i).  However, he also concluded the Service had failed to sustain
its burden of demonstrating the respondent had been convicted of an aggravated felony and did
not establish that he was also subject to removal pursuant to section 237(a)(2)(A)(iii) of the
Act, 8 U.S.C. § 1227(a)(2)(A)(iii).

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

RAFAEL GONZALEZ-NOYOLA                )
                                      )
v.                                    )      C.A. No. B-01-058
                                      )
E.M. TROMINSKI, and                   )
JOHN ASHCROFT.                        )
_____      )

## ORDER OF DISMISSAL

Upon consideration of Petitioner's motion to dismiss, and good cause appearing therefor, it is hereby

ORDERED that said motion be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that the instant cause be dismissed, with prejudice.

DONE at Brownsville, Texas
this _____ day of August, 2001

                                      _____