21

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| RAFAEL GONZALEZ-NOYOLA ) | |
| ) | |
| v. ) | C.A. No. B-01-058 |
| ) | |
| E.M. TROMINSKI, and ) | |
| JOHN ASHCROFT. ) | |
| ) | |

## ORDER OF DISMISSAL

Upon consideration of Petitioner's motion to dismiss, and good cause appearing therefor, it is hereby

ORDERED that said motion be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that the instant cause be dismissed, with prejudice.

DONE at Brownsville, Texas
this ____ day of August, 2001

_____
PRESIDING JUDGE